# United States District Court

WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA
v.

Kevin Fuchs

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: 3:06cr95-V

(Name and Address of Defendant)
Kevin Fuchs
West Amherst, New York
c/o Attorney Kevin Tate
Federal Defender's Office of Western North Carolina
227 West 4th Street, Suite 300
Charlotte, NC 28202

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | United States Courthouse 401 West Trade Street Charlotte, North Carolina 28202 | Room: Magistrate Courtroom |
|---|---|---|
| Before: | , United States Magistrate Judge | Date and Time: 5/30/06 @ 10:15am |

To answer a(n)

[ ] Indictment   [X] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice

[ ] Probation Violation Petition

Charging you with Title __18__ United States Code, Section(s) _2319 & 371_ and Title __17__ United States Code, Section(s) _506_

Brief description of offense

criminal infringement of a copyright
conspiracy to commit offense

_____
Signature of Issuing Officer (Michelle Anderton)

4/26/06 AT CHARLOTTE
Date

FRANK G. JOHNS, Clerk of Court
Name and Title of Issuing Officer