

**North Carolina Western
MEMORANDUM**

**DATE:** August 29, 2007

**TO:** Frank D. Whitney
U.S. District Court Judge

**FROM:** Kathleen A. Golden
U.S. Probation Officer

**SUBJECT:** **Kevin Fuchs
Docket No. 3:06CR95-01
NOTIFICATION OF PRESENTENCE REPORT TO THE COURT**

Attached is the Presentence Report for the above-referenced defendant. Our records reflect that defense counsel had until **8/20/2007** to submit objections, and no objections were received from either the defendant or the government within the 14-day limit specified by Rule 32.

Under Rule 32 the report must be disclosed to the defendant at least 35 days prior to sentencing, and to the Court at least seven days prior to sentencing. By copy of this memorandum, the parties are notified that this case may be scheduled for sentencing on or after **09/10/2007**.

**\* ATTENTION ATTORNEY: PLEASE REMIND YOUR CLIENT THAT HE/SHE WILL BE REQUIRED TO PAY A $100.00 ASSESSMENT ON THE DATE OF SENTENCING.**

As of the date of this notification, the defendant is **released to the community**.

KAG/nh
Enclosure

cc: Clerk, U.S. District Court
AUSA Clement McGovern and Corey F. Ellis
Attorney Kevin Tate
Kevin Fuchs, Defendant