# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

### DOCKET NO. 3:06-CR-00095-FDW

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **KEVIN FUCHS,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

THIS MATTER comes now before the Court upon Defendant's Motion to Continue Sentencing and Enlarge Time to File Objections to the PSR (Doc. No. 20).  For good cause stated in Defendant's Motion, the Court hereby GRANTS the Motion.  Defendant's sentencing is continued from the January 2008 Term to the March 2008 Term.  Additionally, Defendant shall have up to and including January 15, 2008, to file objections to the PSR.

IT IS SO ORDERED.

Signed: November 30, 2007

Frank D. Whitney
United States District Judge