| Prob 22 (2/98) | TRANSFER OF JURISDICTION | | DOCKET NUMBER (Tran Court) 3:06CR000095-01 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec Court) |

RECEIVED CHARLOTTE, N.C. OCT 1 3 2009 Clerk, U.S. Dist. Court W. Dist. of N.C.

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: Kevin Fuchs 168 Somerton Avenue Buffalo, NY | DISTRICT | Western District North Carolina | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Frank D. Whitney | | |
| | DATES OF PROB/TSR RELEASE | FROM 6/26/2009 | TO 6/25/2011 |

OFFENSE

Conspiracy to Defraud the United States in violation of 18:371; 18:2319(a), (b)(1) and (c)(1); 17:506(a)(1) and (a)(2); 17:1201(a)(2)(A), (b)(1)(A) and 1204(a)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/16/09
Date

_[signature]_
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Oct. 3, 2009
Date

_[signature]_ Richard J. Arcara
United States District Judge